UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
PATRICE EDWARDS,                                :
                                                :
                Plaintiff,            :
                                                :     <u>MEMORANDUM &</u>
    -against-                              :     <u>ORDER</u>
                                                :
DOW CENTER, *et al.*,                           :     No. 23-CV-4850-DG-JRC
                                                :
                Defendants.           :
                                                :
-------------------------------------------------------------------- x

JAMES R. CHO, United States Magistrate Judge:

      By Order dated October 6, 2023, this Court directed plaintiff Patrice Edwards ("Edwards"), proceeding *pro se* and *in forma pauperis*, to provide accurate addresses for the U.S. Marshals to effect service on defendants (1) Maxus Energy Corp., (2) Thompson Chemicals Corporation, and (3) Hercules, Inc./Ashland Inc., or advise the Court that she wishes to discontinue the action against those defendants. *See* Dkt. 23. In response, by letter dated October 8, 2023, Edwards requests that the Court "not dismiss the case," but does not provide any further information that would enable the U.S. Marshals to effect service on those defendants. *See* Dkt. 24. The Court cannot investigate the whereabouts of a defendant. Plaintiff must provide addresses where the defendants can be properly served.

      If plaintiff does not provide proper addresses where these defendants can be served by November 27, 2023, this Court shall recommend that plaintiff's complaint against the unserved defendants be dismissed under Federal Rule of Civil Procedure 4(m). *See Castro v. Cusack*, No. 15-CV-6714, 2019 WL 3385218, at *5 (E.D.N.Y. July 26, 2019) (dismissing *pro se* complaint for failure to provide proper addresses to U.S. Marshals for service).

2

The Clerk's Office is directed to mail a copy of this Order to the plaintiff.

**SO ORDERED**

Dated: Brooklyn, New York
October 24, 2023

                                                    s/ James R. Cho
                                                  James R. Cho
                                                  United States Magistrate Judge